**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ADORERS OF THE BLOOD OF CHRIST, UNITED STATES PROVINCE, N/K/A ADORERS OF THE BLOOD OF CHRIST, UNITED STATES REGION, SUCCESSOR BY MERGER TO ADORERS OF THE BLOOD OF CHRIST, PROVINCE OF COLUMBIA, PA, INC., F/K/A SAINT JOSEPH CONVENT MOTHERHOUSE OF THE ADORERS OF THE BLOOD OF CHRIST, COLUMBIA, PENNSYLVANIA, INC., ALSO F/K/A SAINT JOSEPH'S CONVENT, MOTHER HOUSE OF SISTER ADORERS OF THE MOST PRECIOUS BLOOD, COLUMBIA, PA, A/K/A SISTERS ADORERS OF THE MOST PRECIOUS BLOOD, ST. JOSEPH CONVENT, COLUMBIA, PA<br>4233 Sulphur Avenue<br>St. Louis, MO  63109<br><br>       Plaintiff<br><br>       v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br>888 First Street, N.E.<br>Washington DC, 20426<br><br>and<br><br>CHERYL A. LaFLEUR, in her capacity as Commissioner of the Federal Energy Regulatory Commission,<br>888 First Street, N.E.<br>Washington DC, 20426<br><br>       Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>COMPLAINT</u>

### I.    INTRODUCTION

1.    The Adorers of the Blood of Christ ("Adorers") is a vowed religious order of Roman Catholic women whose religious practice includes protecting and preserving creation,

which they believe is a revelation of God, the sacredness of which must be honored and protected for future generations. Part of the Adorers' religious practice is to protect, preserve and treasure the land that the Adorers own, recognizing the interconnectedness and oneness that humans have with creation. The Adorers believe that God calls humans to treasure land as a gift of beauty and sustenance that should not be used in an excessive or harmful way. On February 3, 2017, the Federal Energy Regulatory Commission of the United States Government ("FERC") issued an Order authorizing the construction and operation of the Atlantic Sunrise Pipeline ("Pipeline") for transporting fossil fuels (natural gas) across multiple states. The route for the Pipeline approved by FERC runs through property owned by the Adorers in Lancaster County, Pennsylvania. FERC's decision to force the Adorers to use land they own to accommodate a fossil fuel pipeline is antithetical to the deeply held religious beliefs and convictions of the Adorers. It places a substantial burden on the Adorers' exercise of religion by taking land owned by the Adorers that they seek to protect and preserve as part of their faith and, instead, using it in a manner and for a purpose that actually places the earth at serious risk. The Adorers seek a declaration that FERC violated the Religious Freedom Restoration Act, 42 U.S.C. § 2000bb-1 ("RFRA"), and seek injunctive relief to prevent the Pipeline from running across the Adorers' property.

## II.  JURISDICTION AND VENUE

2.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because this action arises under the Constitution and laws of the United States, and pursuant to 28 U.S.C. § 1343(a)(4) because this action seeks relief under an Act of Congress providing for the protection of civil rights.

3.      Venue is proper under 28 U.S.C. § 1391(b) because the property at issue is situated in this district.

### III.    PARTIES

4.    Plaintiff is the Adorers of the Blood of Christ, United States Region ("Adorers") with a mailing address of 4233 Sulphur Avenue, St. Louis, MO  63109, and property located in Columbia, Pennsylvania in West Hempfield Township, Lancaster County.

5.      Defendant Federal Energy Regulatory Commission ("FERC") is an agency of the United States Government with a mailing address of 888 First Street, N.E. Washington DC, 20426.

6.      Defendant Cheryl A. LaFleur is a Commissioner of FERC with a mailing address of 888 First Street, N.E. Washington DC, 20426.  Defendant LaFleur is sued in her official capacity and currently is the only active FERC Commissioner.

### IV.    FACTUAL ALLEGATIONS

7.      Paragraphs 1 through 6 are incorporated herein by reference.

### A.    THE ADORERS

8.      The Adorers were originally founded in 1834 as a teaching order by St. Maria De Mattias who was born in the small mountain village of Vallescorsa, Italy.

9.      St. Maria De Mattias dedicated herself to the service of God and established nearly seventy schools, most of which were located in under-served towns and rural areas.  She educated women and girls during the political and social upheavals caused by the Napoleonic rule.  Maria was canonized in 2003.

10.     After St. Maria De Mattias began her ministry, other women began to join her work in places throughout the world, eventually resulting in missions being opened in Europe, the United States, Asia, South America, Africa, Australia and Central America.

11.     In 1870, the Adorers arrived in the United States.   Mother Clementine Zerr founded the Adorers' first American mission in Piopolis, Illinois.   In 1876, she moved the mission to Ruma, Illinois, where she established teaching and hospital ministries, and a center for the Adorers.  In 1893, Mother Clementine began sending Sisters to teach in Kansas, which led to the establishment of a motherhouse in Wichita.

12.     In 1925, the Adorers established a ministry in Columbia, Pennsylvania, which is located within Lancaster County.

13.     In 1929, the vicariates of Columbia, Ruma and Wichita became provinces and in October 2000 converged to become the United States Region of the Adorers of the Blood of Christ.

14.     The Adorers are an ecclesial group of women living in community, who practice their deeply held religious convictions in their day to day actions.   The exercise of their religious beliefs includes:

      a.     Making God's love tangible and known through compassionate acts of service through their ministries and lives;

      b.      Educating and addressing important issues of social and environmental justice, such as poverty, war, racism and global warming that separates humans in a way that the Adorers do not believe mirrors their hope for the Kingdom of God;

4

    c.      Celebrating, praying and deep reflection as part of their individual and communal spirituality;

    d.      Honoring the earth as a sacred part of God's creation and protecting and preserving the Earth as a gift of beauty and sustenance for future generations;

15.     Of particular importance to the instant matter is the Adorers' deep religious conviction that the earth is part of God's creation.  In 2005, the Adorers adopted a Land Ethic proclaiming the sacredness of all creation according to their religious beliefs.  Land Ethic attached as Exhibit "A."

16.     This belief compels the Adorers to exercise their religious beliefs by, *inter alia*, caring for and protecting the land they own as well as actively educating and engaging on issues related to the environment, including the current and future impact on the Earth caused by global warming as the result of the use of fossil fuels.

17.     By way of example, the Adorers have exercised their religious beliefs to protect and preserve God's creation by developing long term plans for the use of their land as part of their religious practice, seeking to preserve 114 acres of woodlands the Adorers own in Ruma, Illinois; hosting an international Earth Summit at their Province Center in Ruma, Illinois; and challenging the exploitation of resources and land in Guatemala.  *See* documents attached at Exhibit "B."

18.     The Adorers own land in Columbia, Pennsylvania, located within Lancaster County.

19.     The Adorers have used their land as a way of expressing and practicing their religious beliefs, for example by sponsoring a retirement community called St. Anne's

Retirement Community that provides care to elderly individuals consistent with the beliefs and values of the Adorers.

20.     Some of the land the Adorers own in Lancaster County is used for growing agricultural crops by local farmers.

21.     Lancaster County is recognized as having some of the most productive and fertile agricultural lands in the entire country.

22.     Included in the land owned by the Adorers that is used for agricultural purposes is a twenty-four (24) acre tract of land located along Prospect Road, as identified in a deed dated February 7, 1946 and recorded in the Lancaster County Recorder of Deeds Office at Book U37, Page 110, and known as tax parcel number 30004-621-00000 ("Property").

23.     The Adorers' intentional decision on how to use (or not use) and manage the land they own is an integral part of exercising their well established and deeply held religious beliefs as active and engaged stewards of God's earth.

24.     The use of the Property for a fossil fuel pipeline is antithetical to the Adorers' religious practices and beliefs, as more fully set forth in their Land Ethic attached as Exhibit "A."

## B.     ATLANTIC SUNRISE PIPELINE

25.     On March 31, 2015, Transcontinental Gas Pipe Line Company, LLC ("Transco") filed an application with FERC under 7 (c) of the Natural Gas Act (NGA), 15 U.S.C. § 717f (c), for authorization to construct and operate a proposed pipeline that would run through Pennsylvania, Maryland, Virginia, North Carolina and South Carolina.

26.     Transco is a natural gas company that transports natural gas in interstate commerce through, *inter alia*, pipelines.

27.     FERC is the governmental agency responsible for determining whether a proposed interstate pipeline should be approved and, if so, issuing a certificate of public convenience and necessity for the construction of the pipeline.

28.     FERC's approval and authorization carries with it the right for a for-profit, private company to take the private property of others by eminent domain.

29.     FERC reviews and approves the route of the pipeline as part of its Order, which directly determines which properties will be affected by the Pipeline and which properties are subject to condemnation.

30.     On about February 3, 2017, FERC issued an "Order Issuing Certificate" ("FERC Order") authorizing and approving a route for the Pipeline that would require the use of the Adorers' Property.

31.     The FERC Order granted, *inter alia*, Transco the right to take private property along the route of the Pipeline by eminent domain if landowners would not agree voluntarily to convey their land.

32.     As part of their religious practice and belief, the Adorers have refused to allow the use of their private property for installation of the Pipeline to carry fossil fuels because the Adorers believe such a use of their land would harm God's creation, violate the sacred nature of their Property and interfere with their right to freely exercise and practice their religious beliefs in the use of their own land.

33.     Based on the FERC Order, Transco filed an action in the United States District Court for the Eastern District of Pennsylvania (Docket No. 5:17-cv-01725-JLS) to take by eminent domain a portion of the Adorers' Property in order to force the Adorers to allow Transco to install the Pipeline on the Adorers' land.

7

34.     Transco filed a motion for summary judgment and a motion for preliminary injunction seeking to formally condemn the Property and to force the Adorers to give possession of their land to Transco.

35.     Transco has not yet received all of the required permits necessary to begin construction on the Pipeline, including permits from the Pennsylvania Department of Environmental Protection.

36.     FERC's action in issuing the FERC Order has resulted in Transco seeking to condemn the Property to force the Adorers to use their land in a manner contrary to their deeply held religious beliefs and religious practices by utilizing the threat of civil (and possibly criminal) sanctions provided for as part of the eminent domain proceedings.

37.     Transco also sought an immediate emergency motion from the District Court to try to prevent the Adorers from holding a dedication service on the Adorers' Property as a way of expressing their religious beliefs of the sacredness of the Earth and their opposition to the forced taking of their land.

38.     On July 7, 2017, the District Court denied Transco's emergency motion, and the Adorers proceeded to hold their dedication service at the Property.

39.     FERC's action approving the route of the Pipeline through the Property results in substantially burdening the Adorers' exercise of religion.

40.     Because there is the ability to route the Pipeline around the Property, similar to what has been done in numerous other situations, FERC's action is not the least restrictive means for furthering any governmental interest FERC may have in approving the Pipeline.

8

## V.    CLAIM FOR RELIEF

### COUNT I

### Violation of the Religious Freedom Restoration Act

41.    Paragraphs 1 through 40 are incorporated herein by reference.

42.    RFRA, 42 U.S.C. § 2000bb, *et seq.*, provides that the "Government shall not substantially burden a person's exercise of religion" unless the Government can "demonstrate [] that application of the burden to the person – (1) is in furtherance of a compelling governmental interest; and (2) is the least restrictive means of furthering that compelling governmental interest." 42 U.S.C. § 2000bb-1.

43.    Under RFRA, "the term 'government' includes a branch, department, agency, instrumentality, and official (or other person acting under color of law) of the United States, or of a covered entity." 42 U.S.C. § 2000bb-2 (1).

44.    FERC, as an agency of the United States, constitutes the "Government" as defined and used in RFRA.

45.    FERC's action in issuing the FERC Order approving and authorizing Transco to forcibly take and use land owned by the Adorers for a fossil fuel pipeline will, if allowed to proceed, substantially burden the Adorers' exercise of their deeply held religious beliefs to use and protect their land as part of God's creation as more fully explained above and as described in the Adorers' Land Ethic.

46.    Because FERC could consider and approve alternative routes that divert the Pipeline around the Property so as not to burden the Adorers' exercise of religion, FERC has not used the least restrictive means as required by RFRA.

9

47.     FERC also has not established a compelling governmental interest in routing the Pipeline through the Property, particularly when the Pipeline is being used primarily for exporting natural gas.

48.     Accordingly, FERC has violated the Adorers' rights under RFRA.

## VI.     RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests your Honorable Court to:

(a)     take jurisdiction of this matter;

(b)     declare that FERC has violated the Adorers' rights as guaranteed by RFRA;

(c)     enjoin and / or stay the FERC Order and any rights arising out the FERC Order as it relates to the Property until an alternate route is approved that does not substantially burden the Adorers' rights under RFRA;

(d)     award Plaintiff reasonable attorney's fees, expert fees and costs as permitted by law;  and

(e)     award such further relief as the Court may deem appropriate.

Respectfully submitted,

GIBBEL KRAYBILL & HESS LLP

By: _____
J. Dwight Yoder
Sheila V. O'Rourke
Attorneys for Plaintiffs
2933 Lititz Pike
P.O. Box 5349
Lancaster, PA  17606
(717) 291-1700
Sup. Ct. Atty. ID. #81985
Sup. Ct. Atty. ID. #313842

Date: July 14, 2017

10



# ADORERS OF THE BLOOD OF CHRIST

## *Land Ethic*

Whereas, we Adorers of the Blood of Christ believe
creation is a revelation of God, we proclaim that:

**As Adorers,** we honor the sacredness of all creation; we cultivate a
mystical consciousness that connects us to the Holy in all of life.

**As women,** we celebrate the rhythms of creation; with Mother Earth we live
the Paschal Mystery of life, death and new life and, with others,
preserve and nurture creation.

**As students of Earth**, we listen intently to Earth's wisdom; we respect
our interconnectedness and oneness with creation
and learn what Earth needs to support life.

**As prophets,** we reverence Earth as a sanctuary where all life is protected;
we strive to establish justice and right relationships
so that all creation might thrive.

**As leaders,** we know our choices impact our interdependent Earth community;
we initiate broad-based participation to make decisions
focused on our common good.

**As advocates of Earth**, we choose simple lifestyles that avoid excessive or
harmful use of natural resources; we work in solidarity with all creation
for a healthy and sustainable lifestyle.

**As companions with creation**, we enjoy and share its bounty gently and
reverently; we seek collaborators to help implement land use policies
and practices that are in harmony with our bioregions and ecosystems.

**As co-creators,** we participate in God's dream for Earth; we offer new visions
and vistas that expand consciousness and encourage creative expression.

**As ASC community,** we treasure land as a gift of beauty and sustenance;
we see it as a legacy for future generations.





Diocese of

# Belleville

THE CATHOLIC CHURCH IN SOUTHERN ILLINOIS

OFFICE OF THE BISHOP

My Dear Sisters and Friends,

On behalf of the People of God in the Belleville Diocese, I want to welcome you to southern Illinois. Rich in natural resources and fertile farmland, perched on bluffs high above great waterways, this is a most appropriate site for the Adorers of the Blood of Christ International Earth Summit on ASC Spirituality and Ecology. Generations of women and men have found God while living amidst the subtle beauty of this region. I hope and pray that you, too, may encounter the vibrant Creator in your visit to Ruma and the Diocese of Belleville.

The Adorers of the Blood of Christ have been an important part of our diocesan heritage. The story of the Adorers echoes that of the farms and small towns which you passed enroute to Ruma. In each of these communities, a small band of hearty, self-sacrificing pioneers transformed a wilderness into productive, welcoming acreage in harmony with nature, reflecting "that beautiful order of things in Jesus" to which Blessed Maria De Mattias aspired. Over the decades, the Adorers have taught us to reverence the land by the example of their toil to sustain themselves off of this holy ground, of their innovative agricultural practices, and of their dedicated conservation efforts. And now the Adorers add to the story through this historic meeting, bringing fresh perspectives from around the world to contemplate Creator and creation.

In 1994, the U.S. Catholic Bishops issued a pastoral letter, *Renewing the Earth*, which encouraged such dialogue on the environment, on environmental ethics, on protection of all God's creatures, and on finding God in the natural world. *Renewing the Earth* included the following invitation: "Grateful for the gift of creation and contrite in the face of the deteriorating condition of the natural world, we invite Catholics and men and women of good will in every walk of life to consider with us the moral issues raised by the environmental crisis...these are matters of powerful urgency and major consequences. They constitute an exceptional call to conversion. As individuals, as institutions, as a people, we need a change of heart to preserve and protect the planet for our children and for generations yet unborn."

You have accepted the invitation and are now acting upon the challenge. May God's Holy Spirit envelop you during these days of discussion and open you to new, unexplored dimensions of our wonderful Creator. Enjoy your stay with us and may you be blessed with safe journeys home.

With cordial best wishes, may I remain,

Sincerely yours in Christ,

✠Wilton D. Gregory, S.L.D.
Bishop of Belleville

222 SOUTH THIRD STREET · BELLEVILLE, IL 62220-1985 · 618.277.8181 · FAX 618.277.0387

# RESOURCE AUDITING SERVICE

P.O. Box 298
Livingston, KY  40445
(606) 453-2105

July 10, 1990

Sr. Dorothy Reinhold, ASC
Adorers of the Blood of Christ
Provincial House -- Ruma
Route 1, Box 115
Red Bud, IL  62278

Dear Sister Dorothy:

We rushed this report at top speed so that we could
get it to you for your upcoming meeting later this month.
We would have liked to have met with several more consultants
before sending this on to you.  Since we were unable, due
to the press of time, we have cut off a portion of the
ordinary bill(that is, $750).  I think it is only fair,
since we normally see more than we have with this study.
I would have liked more advice on the organic farming
portion, the lake development, and on nature trail demo
highlighting and designation.  The experts could be contacted
over the next few weeks but that would have caused you
unnecessary delay.

We hope that this will serve as the final draft in
the light of your own needs.  Should you feel there must
be some point expanded or modified, don't hesitate to tell
us and we will make textual adjustments for you to have
when presenting to other decision-makers.  If you want us
to contact the three consultants we had planned to ask,
please also indicate.

I will be speaking to health care people in St. Louis
on September 19 to 20th.  If you would wish us to stop by
on the way there (the 18th), we'd be happy to defend this
report.  All in all, we have a real excitement that your
group is able to make the changes necessary for becoming an
environmental oasis in South Illinois.

The Lord's Blessings,

Al Fritsch, S.J.

RUMA PRECIOUS BLOOD COMMUNITY:
TOWARDS A MODEL OF GOOD STEWARDSHIP

TABLE OF CONTENTS

INTRODUCTION:

   I.  GENERAL OBSERVATIONS

        A.  Land Resources
        B.  Water Resources
        C.  Wildlife Resources
        D.  Physical Plant
        E.  Renewable Energy
        F.  Food
        G.  Waste Resources

  II.  SPECIFIC RECOMMENDATIONS

        A.  Land Enhancement
            1.  Farmland
            2.  Organic Farming Alternatives
            3.  Woodland and Harmonic Edge
            4.  Gardens and Orchards

        B.  Lakes and Waterways

        C.  Wildlife and Natural Areas
            1.  Wildlife
            2.  Hermitages
            3.  Nature Trails

        D.  Physical Plant

        E.  Energy
            1.  Energy Conservation
            2.  Insulation
            3.  Space Heating and Cooling
            4.  Water Heating
            5.  Other Solar Devices
            6.  Wind Barriers

        F.  Food Savings

        G.  Waste Management

III.  FUTURE PLANNING

Appendices

## INTRODUCTION

*"The focus of our province resources and decisions will always hold the materially poor and powerless in mind.  We will work collaboratively with diocesan leadership to form religious and lay teams to respond to the multiple needs of the rural poor. Our Ruma farmland will be a model of good stewardship."*

### Province Direction Statements, 1988

------------------------------

The Ruma Precious Blood Community seeks to direct its resources and mission thrust to the poor and powerless with special emphasis on the rural poor.  One of the instruments for this mission will be the Ruma farmland itself, and its model of good stewardship. The understanding that is reflected in the above statement of physical facilities as a model for the broader community, is most important during this time of growing environmental awareness.  The Ruma farm becomes a partner in the apostolic thrust of the sisters.

Concern for the poor consists of:

* Being mindful of the condition of the poor and what has brought them to their powerless state (knowing the poor);

* Being willing to assist where possible, according to the charisms, resources and talents of the given community (helping the poor);

* Being able to identify with the poor in the way one lives and the risks taken for the larger community which involves both local and distant poor sisters and brothers (identifying with the poor);

* Being able to extend this identification to other suffering creatures, which comprise with people a total earthly community now suffering though our environmental misdeeds (extending our concern for the poor to include all of Earth's suffering creatures).

A religious community's resources enhancing its mission.  If these resources distract from that apostolate, they should be discarded or converted into suitable instruments.  What this study does is focus on the "instrument," namely, the farmland and physical plant of your Ruma Community. Can it grow in its own value as your community deepens in its spiritual journey?

After careful review of the videotapes and the materials sent from your Community, our RAS consultants are convinced that your grounds are truly a valuable asset, model and resource. The grounds have the potential to give you a better quality of life while ensuring the economic viability of your community.  Furthermore,

i

the farmland has an environmental demonstration potential for enhancing your own apostolic witness in  southern Illinois.

This land shows that it has had many years of good stewardship practices. With proper discernment, it can be improved and made into a more perfect stewardship model  in one of the richest agricultural sections of the United States.   In an age when environmental literacy is so lacking, these grounds can become an integral part of the Ruma thrust for good stewardship practices.

Besides ideal location and very fertile  soil, the property is blessed with plentiful water, beautiful woodlands and pastures, well-constructed and maintained buildings,  and good exposure to the sun and wind.  Through its written commitments the Community sees the need to become environmentally involved in  caring for the natural resources at hand.  All this adds up to an ideal time and place for a demonstration center that could furnish still more food to your tables at a reasonable cost.

The initial environmental consciousness-raising stage for many religious communities is nearing completion.  Now is the time to move a step forward toward taking full responsibility for your farming environment, and to build upon the gift given through your own creative talents.

Through our Earth Healing Program we hope your community will confront this new Dark Age of over-consumerism and wastefulness, and be a light to those seeking inspiration in good earth-keeping practices.  Earth Healing  assists in the move to a practical level and a new down-to-earth consciousness.  This report suggests places to focus and topics to consider for improvement.  The Appendices are especially selected to give the Ruma Community a general background before undertaking such  practical steps in improving stewardship practices:

Please consider the following general questions  while studying the text of this report:

Land Use:  Does the property serve as a model environment for the neighborhood and religious community?   In what ways can improvements be made to encourage a more diversified and balanced farm productivity?

Participation:  Is it possible to enlist more  religious community members in the environmental improvement?   What about distant community members?  The local farming community? Area youth and retired people?  The poor and marginated?

Will to Change:  Are the community's decision-makers willing and able to help create an environmental model of good stewardship?

ii

Are there major misgivings by certain portions of the community and are these discussed openly and freely?

Community Spirit: Can a workable environmental model project enhance the religious community's commitment to work with the poor?

Answering these questions requires time. It's not like taking an examination. A final response may take a decade (as outlined in the final section on planning). This is a journey that involves knowing, loving, and preserving your ecosystem, coming to respect the Earth's limited resources, and becoming more aware of the human interaction within the creative process.

The Earth Healing Program team is not a process facilitator, nor ultimate designer, nor architect, nor builder. It is an observer of what you have begun to build and a networking tool to assist you in finding and using resources to act locally -- and think globally. This Program is meant to catalyze groups who understand the urgency to act, and yet must take deliberate and well-thought out steps. The balance of urgent action and deliberation --deliberate speed-- is most difficult.

In some ways you are the creators of the Ruma environment by building on what the Creator and your past forebears have begun. We welcome the opportunity to offer suggestions for creating an ecosystem that complements the existing ministries and does not drain the financial resources of the community. This report is meant to be a holistic survey of all options linking the best of appropriate technology, renewable energy, resource conservation, and sustainable/ecological agricultural measures. It is also a teaching device for you to build upon what has already been initiated. These are meant to be first--not last--words; they are meant to stimulate further discussion by an ever-increasing circle of management, staff, program participants, and the community at large.

Earth Healing involves a combination of the good of the past and the best of current resource management techniques. However, recent pressure to convert land to agri-business practices or to change land patterns to urbanized areas cannot be ignored. Ruma is in the great Midwest "corn and beans" belt; it is only fifty miles from the St. Louis metropolitan area (for example, that is a ready market for organic alternative crops).

Some modern farming techniques do not satisfy the needs of your mission, nor do they allow the farm to be a more thoroughly self-sustaining enterprise. Earth-healing brings connectedness, for it invites the return to the good of the past and yet it incorporates current know-how along with the talents of existing staff. Let's listen to voices calling for a return to religious community self-sustainability. This includes using the solar energy shining on the farm, as well as supplying more of the

iii

community's food requirements.  Thus can result savings in two of the three major expense categories of maturing religious communities, namely fuel and food.  Greater outdoor participation and exercise will undoubtedly reduce the third major expense dealing with community health.

The Ruma Precious Blood land calls you to become still more down-to-Earth and to foster a model of what all Christians should do, namely, touch the soil during some everyday activities.  Be the first in the St. Louis area to make your  property a true demonstration of what other such communities should and could do with their own lands.  Plan to invite them in on all levels of your planning and growth so that your work can be truly apostolic in its fullest sense.  Never forget, the land is of even greater value because it has been redeemed by the Precious Blood.

In the course of this report we have made a number of assumptions:

* You wish to continue maintaining the property as part of your Ruma Precious Blood Community mission;

* Productive land helps the community become more self-sustaining and will be a money-saving opportunity;

* The appropriate technology methods used will support your ministry and not require extra time and effort on the part of your community members;

* The land is meant to be aesthetically pleasing and conducive to prayer, reflection, and spiritual growth;

* The property will be recognized by people in Illinois and surroundings parts as having ecological value;

* Whenever possible it is better to continue using existing buildings instead of constructing new ones;

* The modifications suggested will have some up-front costs, but these can be recouped within the decade;

* Sufficient staffing and management will be available to carry out these suggestions.

With these assumptions we will proceed to make some general observations and then focus on specific recommendations.

--------------------

iv

## GENERAL OBSERVATIONS

*"People are asking anxiously if it is still possible to remedy the damage which has been done (to the earth). Clearly, an adequate solution cannot be found merely in a better management or a more rational use of the earth's resources, as important as these may be. Rather, we must go to the source of the problem and face in its entirety that profound moral crisis of which the destruction of the environment is only one troubling aspect." John Paul II, "Peace with All Creation," 1990*

Religious communities are called to help solve the environmental crisis of our age, and to do so by sound actions which start at the local level. Tales of environmental woe abound on every side, but we need do more than describe once more examples of air, water and land pollution. Our world desperately seeks examples of good Earth -- and maybe religious communities will help fashion these.

The apparent devastation of the Earth is desecrating a place made holy by the Precious Blood of Christ -- redeemed at such a great price. Now these communities are called to enter into this suffering as compassionate healers and renewers of the Earth. In part they can do this by beginning at home, ensuring that their physical facilities and natural resources are used in ways which reflect a deepening communal environmental consciousness. The manner is to be simple and modest; the method, resourceful; the atmosphere, one of joy.

Earth-healing encourages simplifying communal lifestyle, conserving natural resources (soil, trees, water, wildlife) and improving the quality of life. But such practices cannot stand apart from reflection on the deeper underlying causes of environmental damage. In other words, modifications in lifestyle must be accompanied by a growth in ecological understanding. Energy choices, waste disposal habits, and food preparation practices often reflect the assimilated values of the modern materialistic culture. How different were the Adorers of the Precious Blood at the Community's beginning than now? Has something been lost in the changes which have occurred over the century or more of the Ruma community's existence.

Food, fuel, and health care are the three major expenses of most religious communities. By adapting the goal of self-sustainability whenever possible, you will be liberated from the ever greater strangle hold that the capitalistic system has upon your finances. With new-found freedom you are less beholding to corporate advisors and managers outside both your community and your religious value system. Granted, food and energy self-sustainability require some initial financial outlay and can be only partly attained -- say at a 60% rate with considerable effort. Still the ideal environmentally benign modifications

1

recover many other intangible and hard-to-calculate benefits, especially improved community health and well-being.

A community's journey to know the poor, to assist them and to identify with them indicates levels of further understanding and growth.  It is part of the Church's mission to grow in holiness.  Within this journey the Christian is called to deeper levels of awareness both as an individual and within community.

Communal environmental consciousness exists on three levels, each successive one requiring a deeper spiritual commitment (much in the manner of St. Ignatius' three Degrees of Humility):  the first is merely seeing the problem and making appropriate remedies for survival of local community and Earth  (the matter of deadly current wasteful agribusiness practices).  The second is for the greater good of the individual members and could be regarded as environment-for-us, our economics and enjoyment (the matter of personal self-interest).  The third degree  of perfection is for the good of the Earth and all Earth's creatures for their sake and apart from any immediate benefit for us as doers.  At this level we consider ourselves as part and not apart from this Earth community.

Based on this spirituality of progressive growth, let us look then at our down-to-earthness, our humbling task of even deepening involvement with the Earth, our acute awareness of the various creatures which are part of our community of being.

**A. Land Resources**

Observation: More of the Farm could be producing food and renewable energy (solar, wind, etc.) for community consumption..

The grounds are a precious ecological and spiritual resource for the Ruma community -- and yet how many within the community have a bioregional consciousness, i.e., know all about the movements of the local birds, the names of the wildflowers, the customary weather patterns, and the types of wildlife present. Do you each realize that the property is a fragile treasure that can be easily misused? The wooded portions of the property have great beauty and the proper harmony of cultivated land and woodlands is something to share with others near and far.

Land is not a commodity to be exchanged at will.  It is a partner in our own journey in life and if treated properly can supply many of our physical needs.  Religious communities cherish and preserve their land and see it as part of their spirituality. They cannot afford to buy into the prevailing consumer culture that land is to be desecrated, alienated,  and developed at will. Through good land stewardship efforts religious communities take a lead in returning to a Biblical concept of land -- and revitalize

their own mission through a  proper respect for God's gift of Earth.

Do you subscribe to the philosophy of land as an economic commodity, which is to be used for making capital, or is land the source of your basic needs in food and fuel?  The answer to this will determine your  environmental attitudes as a community.

Part of the farm is in woodlands, but this must also be preserved and allowed to flourish through good management practices. The extensive stands of oaks and other trees are to be regarded as a resource both for products, fuel, building materials, and soil enhancement, but also for aesthetic qualities beyond any economic measure.  The woodlands are complementary aspects and with the cultivated fields contribute to the overall harmony and beauty of the south Illinois landscape.

## B.   Water Resources

Observation: The existing lakes add a dimension of beauty to the landscape, but they are not being utilized to their full potential.

Water is necessary for the life of a general and local environment.  Surface water can adequately meet many ecological demands if properly conserved and utilized.  The  five lakes or ponds, when fully utilized, could allow for the introduction of aquacultural  practices.  Lining the leaking lake and expanding lake areas could increase the water potential of the farm.  These existing and anticipated bodies of water could attract wildlife (geese and ducks) to the area, furnish a plentiful supply of fresh fish (a protein source requiring little space, management time and energy), act as recreational areas, help recharge the aquifer system, and furnish bordering wetlands and waterways with water.

## C. Wildlife Resources

Observation:  While signs of wildlife exist and were detected in the initial survey, there is need for a more positive program of wildlife feeding and preservation measures.

Wildlife is a part of our environmental heritage.  The act of preserving and appreciating wildlife is extremely necessary for enhancing our environment.  Do we truly see the wandering mammals or flitting birds as friends, or do we forget about their presence? Can we coexist with some wildlife and safeguard their niche in the total environment?   Can we understand how they truly uplift our spirits by their presence and goodness?

Birds and other wildlife (squirrel, rabbits, deer, etc.) give an added quality and well-being to the landscape.  In many rural communities there is a perceived competition between wildlife and cultivated areas.  Is that so at Ruma?  Unfortunately, imbalances

3

in wildlife population are often of human origin, when natural predators are eliminated and the wildlife prey allowed to proliferate. It takes local community cooperation to return wildlife to a balanced condition.

Domestic animals can be a threat to some wildlife. Cats discourage many species of birds from nesting; dogs may kill deer and drive them away from an area. However, domestic pets may be incorporated as part of the total environment and assist many human beings by their presence and constant loving attention.

Diverse species of wildlife exist on the grounds which include rabbit, squirrel, deer, groundhog, and opossum along with wild migrating fowl. Bees are a valuable asset for their pollinating potential and because the honey requires so little effort to obtain. For these reasons wildlife protection measures must be part of the overall environmental plan along with apiculture or beekeeping practices.

### D. Physical Plant Resources

Observation: The buildings are well managed and perfectly situated to demonstrate good environmental management techniques, but no specific effort has been made yet to do so as yet. Now, after the large scale renovation program, is the perfect opportunity.

The current Ruma renovations show that the Precious Blood Sisters desire to preserve their past. The older buildings dating back to the Civil War period are now being brought to a full utilization, within the fire codes demanded by insurers. The expert brick and rock work on the exterior is a tribute to the craftspersons of earlier times.

In what way can these buildings become a model of good stewardship? The demonstration component of your grounds could be geared to your different "publics," namely local sisters and community residents, returning relatives and friends, tourists to the French Colonial District, and those wishing to use hermitages for spiritual renewal.

It is always wise that one focal point for environmental demonstration be chosen. One such possible location is the old two-room residence in the farmyard complex, which was mentioned as slated for removal. This building could include a resource library, exhibits and interpretative displays of bioregional butterflies, insects, rocks, flowers, ferns, grasses, mosses, and lichens; the map of a possible nature trail; and solar devices with descriptions for educational purpose. Environmental demonstration offers opportunities for the community to learn how to live in greater harmony with all of God's creatures -- which are good teachers in their own right.

4

## Earth Stewardship Committee -- Ten Year Plan

| Year | Spirituality | Trees | Other Flora | Fauna | Paths, Lawns & Meadows | Lakes & Ponds | Buildings | Demonstration Center | Workshops |
|---|---|---|---|---|---|---|---|---|---|
| 1991 | Overview of plan 8/90. "Ruma ASCs: Compassionate Healers & Renewers of the Earth." Al Fritsch 4/91. | Tree planting ceremony, 4/91.  Trim/clean dead wood in grove & lawn areas.  Plant trees at Big Hill. | Assemble info on organic farming/ gardening practices. | Policy on no hunting.  Post "No Hunting" signs. | | Explore solutions for problems with grove & Merriment lakes. | | | |
| 1992 | Reflect on/prepare for "Earth Community." | Plant fruit trees. | Create organic farming plan.  Institute biological control methods.  Plan solar greenhouse.  Develop composting areas. | Inventory wildlife in bio-region.  Experiment with sheep for lawn control. | Work paths in grove.  Designate Trail A near building.  Explore alternate methods of lawn control.  Plant wildflowers. | Begin construction of new lake south of Merriment.  Work on wetland areas.  Stock additional fish. | Establish Energy Committee. | | "Aquaculture."  Co-sponsor workshop to network with other groups, DMH 8/92 |
| 1993 | Establish "Earth Community."  Study sites & plan for con-struction of hermitages. | Plant trees as barriers near buildings. | Construct solar green-house.  Plant berry patches. | Build birdhouses. | Construct Trail A, blacktop.  Start Trail B, include paths in grove.  Maintain meadow areas. | Terrace farm pond.  Plant bamboo & other wetland species.  Develop water recreation policy -- post. | Evaluate energy use. | Determine site. | "Shoreline Culturation for Small Lakes." |
| 1994 | Build 3 Hermitages. | Plant fruit trees along entry road. | Continue implementa-tion of organic farming. | Declare Ruma a wildlife sanctuary.  Build bird feeders. | Construct Trail B.  Designate Trail C. | Plan aquaculture. | Explore possibilities of solar energy. | Construct/renovate Democenter. | "Forest & Wildlife Preservation." |
| 1995 | | Plant trees and barriers in lawn areas. | Build and use temporary and permanent cold frames. | Investigate land becoming a nature preserve. | Construct Trail C. | Develop aquaculture. | | Set up nature museum of bio-region. | "Edible Land-scaping." |
| 1996 | Evaluate Hermitages. | Care for existing trees; graft, prune, fertilize.  Identify trees by tags.  Start small nursery sapplings. | | Study local wildlife patterns to ensure protection.  Obtain literature on local wildlife. Install beehives. | Do fitness areas on Trails A & B. | Maintain other lakes & ponds. | | Prepare educational exhibits. | "Bio-regional Flora & Fauna." |
| 1997 | | Plant more trees. | | | Maintain Trails. | Stock additional fish. | | Provide educational/ organic demonstrations.  Integrate crafts into demo program. | "Trail Maintenance." |
| 1998 | | | Build another solar greenhouse.  Apply for organic farm status. | | | | Install solar water treating units.  Build solar food dryer.  Develop window space heaters. Install some photo voltaic electric capability. | | "Solar Greenhouse Construction." |
| 1999 | | Plant new nut trees. | Plant herbal patches.  Plant grape arbor & more berry patches.  Expand garden & edible landscape areas. | | | | Examine all chemical use practices. | | "Permaculture & Organic Gardening." |
| 2000 | | Place small trees indoors. | Examine all chemical use practices. | | Construct "Suffering Earth" stations of the cross | | Proclaim Ruma "chemical free" --total natural pest control, removal of smoking areas. | | "Creation of Chemical Free Zone." |



# EARTH SUMMIT
## ASC SPIRITUALITY
## AND ECOLOGY

RUMA, ILLINOIS, USA
July 13-20, 1997

**SUNDAY -- JULY 13**

**Orientation** -- Auditorium
**Welcome To The Summit**
*S. Meg Kopish, ASC*
*Ruma Provincial*
**Introduction To The**
**Earth Summit**
*S. Giuseppina Fragasso, ASC*
*Superior General*
**Opening Prayer Service**
**Ecology And The Tradition**
*Dr. John F. Haught,*
*Georgetown University*
**Report On ASC Global**
**Ecology Questionnaire**
*S. Stephanie Mertens, ASC*
*Global Ecology Commission*
**Social Hour**

**MONDAY -- JULY 14**

**Cosmos And Sacrament**
*Dr. John F. Haught*
**Earthworks**
**Plymouth, Indiana**
*S. Janis Yaekel, ASC, and*
*S. Helen Ridder, ASC*
**Cry Of The Earth, Cry Of The People**
*S. Helena Augusta Wallcott, ASC,*
*Manaus, Brazil*

**TUESDAY -- JULY 15**

**The Promise Of Nature**
*Dr. John F. Haught*
**Good Earth Farm**
**Holyrood, Kansas**
*Jim and Joyce Martin*



Ecological Crises Of
Eastern Europe
*Dr. Anna Kalinowska,*
*University Of Warsaw*

**WEDNESDAY -- JULY 16**
Personal And Cosmic Destiny
*Dr. John Haught*
The Vowed Life In An Ecological Age
(A Two-Part Presentation)
*S. Paula Gonzalez, SC*
*EarthConnection*

**THURSDAY -- JULY 17**
Toward "That Beautiful Order"
In The 21st Century:
ASC Spirituality And Ecology
*Sisters Nicla Spezzati, ASC, Geri*
*Furmanek, ASC, And Nidija Felice,*
*ASC, International Center*
*For Spirituality*
Ruma Ecological Efforts
*S. Barbara Jean Franklin, ASC*
*S. Aloysia Schumacher, ASC*
*Loyd Roscow, Ed Fuhrmann*
Trees For Life
*Balbir Mathur*
*India And The United States*

**FRIDAY -- JULY 18**
Eco Experience
*Tour Missouri Botanical Gardens*
That Beautiful Order In The Blood
Of Christ: From Utilitarianism To
Cosmic Celebration
*Prof. Franco Ferrara*
*Bari, Italy*

**SATURDAY -- JULY 19**
Tour To Native American Site
*Cahokia Mounds*
Eco Experience
*Tour Ruma Farm, Garden,*
*Earth Kinship Center,*
*And Greenhouse*
Drama: Earth Friendly
*John Gardiner, Mime*
Global Healing Service
With Tree Planting

**SUNDAY -- JULY 20**
Earth Summit Closing
Eucharistic Liturgy
*Celebrant: Rev. Al Fritsch, SJ*
*Appalachia Science In The Public*
*Interest Resource Auditing Services*
Sunday Brunch

**PLEASE NOTE**
Daily Eucharist will be at 8 a.m. in the
Province Center Chapel. Special
Summit Prayer Services will be offered
by the Liturgy Committee at intervals
during the Summit.

Each morning session includes
time for small group work using the
reflection action process followed by
reporting to the large group. Dinner is
served at 11:45 a.m. and supper is at
5:15 p.m. Summit participants will
have the afternoons free, except Friday
when they will be enroute from the
Botanical Gardens and Saturday when
they will be touring the Ruma farm.

Saturday,  July  19,  1997                                    The Southern Illinoisan

## MIT IN RUMA

# nts American to open eyes to waste all around them

# Pollution travels around the world

home, because of the potential savings on energy bills.

"If your house was built in the 1940s or earlier, you can save at least 75 percent of the energy wasted and 75 percent of your bill," she said. "When the rates go up, you will be saving even more. This is an investment with a 40 percent rate of return."

Gonzalez uses a wood burning stove, with a catalytic combuster, to supplement the solar heat. Their hot water is heated with solar energy five months out of the year.

"Most people think you've got to live in Phoenix to have solar water heaters," she said. "But solar heated water could provide half the hot water for homes throughout America. Think of the power plants that could close from that. Think of the pollution that wouldn't happen."

Gonzalez believes Americans need to open their eyes to the waste all around them. She noted that out of every $11 dollars of groceries, $1

is wasted on packaging.

"It's just paper and cardboard to make it more attractive," she said. "And we have to pay for it twice because we also have to pay for it to be hauled away in the garbage."

Even though Europe and the United States have been at zero population growth for years, the world's population is increasing exponentially.

"In 1960, there were 3 billion people on earth. Now there are 6 billion," she said. "People don't realize that there were only half as many people 40 years ago. By 2025, it's going to be 8 billion."

Gonzalez says the world can't afford that typical American lifestyle.

"If all 6 billion of us enjoyed the life of an average American, we'd need the equivalent of three planet earths to support us," she said. "With ecology, everything is connected to everything else. But it's hard for the average person to grasp the urgency."

Pollution is an international problem because it respects no international boundaries.

"The incident at Chernobyl in 1986? The maps of the pollution show it was not confined to the European continent. It went through the air as far as Greenland," said Anna Kalinowska, a Polish biologist who serves as co-director of the University of Warsaw's Center for Environmental Studies.

Kalinowska was one of more than a dozen speakers at an International Earth Summit at the Adorers of the Blood of Christ province center at Ruma last week. Participants discussed ecology and issues of spirituality.

"Travel through the air is very ef-

ficient," she noted. "Pesticides in the DDT family are still used on fields in Africa. Windy weather there has taken these pollutants in clouds to the Arctic Sea where they have been found in the food chain of blue whales."

She said that acid rain from Poland affects trees in Sweden and Britain, while air pollution has deforested many mountains in Poland.

"This has caused disastrous floods in Poland because the forests used to act like sponges for the rain, but now it just comes down the slopes," Kalinowska explained.

She believes that global warming has caused the unexpectedly heavy rains that also have contributed to the floods.

"Global warming influences the

climate," she said. "In some places it is more dry and others are more wet."

The oceans are another pollution arena with no borders. On a trip to the Red Sea, Kalinowska saw trash from all over the world washing up on the beach.

Although these problems are huge, Kalinowska said average citizens can make a difference by pressuring government officials to enact international agreements to reduce pollution. In our daily lives, we can help by reducing consumption and increasing recycling efforts.

"I know this is an idealistic point of view," she said. "But if we don't believe we can change things, it will all be hopeless."

— Cindy Humphreys

# Ruma Convent site of environmental gathering

The 500-acre Province Center of the Adorers of the Blood of Christ at Ruma was the site for an International Earth Summit July 13-20.

Nearly 50 Adorers and their guests from around the world gathered in Ruma for a week discussions on ecology and spirituality.

Adorers and guest speakers traveled to Ruma from Bolivia, Brazil, Croatia, Guinea Bissau, Italy, Liechtenstein, Poland, South Korea, Tanzania and the eastern and midwestern United States for the week-long summit. "The international congregation of Catholic women religious called for an Earth Summit, including elements of prayer, with the Adores' spirituality, education and experiences to expand consciousness of environmental issues and to promote greater collaboration with existing environmental efforts.

Sister Stephanie Mertens, ASC, of Evansville, chaired the ASC Global Ecology Commission, which organized the meeting.

"As a case in point, Ruma Speaks through its resource conservation of the need for our affluent country and world to simplify their respective lifestyles. The Ruma community is a glory to the environmental discernment process through its planning and involvement," said Rev. Al Fritsch, SJ, in his homily at the Earth Summit's closing Mass on Sunday, July 20.

"Your meeting is a world first, a gathering of an entire international religious body to discuss the ministry that is related to our earth. Make individual examples seen or voiced at Ruma part of the wider world environment. Ask specific questions, learn concrete facts, and be willing to make practical implementation where needed," said Father Fritsch, a Jesuit priest who directs the Appalachia Science in the Public Interest Resource Auditing Services at Mt. Vernon, Ky. This service conducted a resource audit of the Ruma convent property in 1990.

In a presentation on ecological efforts at the Ruma Province Center, Sister Barbara Jean Franklin, ASC, treasurer of the Ruma Province Adorers of the Blood of Christ, reviewed the 121-year history of the Ruma Convent.

"As a Province, we have a history of close ties to the land," she said. "While the face of our land and buildings has changed many times, the constant thread that runs through our history is that we have tried to be responsible users of the many resources which make up the Ruma Province Center property."

Sister Franklin traced the Adorers' involvement with earth advocacy and education to 1985 with

the creation of a Farm Crisis Committee to better understand the US farm crisis. This evolved into the present Earth Kinship Committee, which was represented at the presentation on Ruma by Sister Aloysia Schumacher, ASC, RN, Ruma.

"Earth Kinship is a ministry of raising awareness of the Creator's omnipotence, the interconnectedness of all, the relationship of Creation, Incarnation and Redemption," Sister Schumacher said. She also spoke of the Earth Kinship Center, a renovated chicken house on the Province Center grounds, which is used as an environmental educational resource center for sisters and visiting groups alike. Recycling efforts are also based as the center.

Staff horticulturist Ed Fuhrman spoke on organic gardening methods in use at the Province Center and special landscaping projects which beautify the site.

Loyd Roscow, director of physical properties at the Province Center, offered Earth Summit participants an overview of the center's ecological efforts from tree planting and landscaping to construction and water treatment.

"We have begun to practice sustainable farming here at the Province Center and use the no-till method on 90 percent of our corn crop and 100 percent of our soybean crop. We have seen a 25-30 percent increase in our yield and a 50 percent decreased in labor time and fuel consumption as a result of no-till," Roscow said.

He also discussed the recycling program of the Ruma Province Center.

"In 1996, the convent started a recycling program and within one year, we recycled 2,000 pounds of cardboard, 6,000 pounds of newspaper, 3,000 pounds of tin, 600 pounds of number two plastic,

2,000 pounds of office paper, $450 worth of aluminum cans, $100 in scrap metal and tin, $540 in scrap aluminum and $80 in scrap copper and brass," Roscow said.

Automobile engine oil, antifreeze and cleaning liquids used by the Sisters and staff are also recycled by the Province Center.

As a member of the Illinois Recycling Association and a charter member of the Randolph County Recycling Committee, the convent has helped Prairie du Rocher and the village of Ruma in establishing recycling programs for their towns.

Part of Roscow's report focused on the raising of sheep and goats at the Province Center property, in addition to cattle and hogs. Roscow shared his interest in sheep raining with the convent to reduce grass mowing and to add to the picturesque grounds of the Province Center.

The sheep also help the Adorers take their earth message beyond Ruma when sheep shearing exhibits are held at area schools, nursing homes and retirement centers. These demonstrations generate dialogue on sheep raising and various earth education issues, he said.

The keynote speaker for the ASC Earth Summit was John F. Haught, chairperson of the Theology Department at Georgetown University, Washington, D.C., who spoke on the spiritual dimension of the discussions.

"We must keep nature whole, if the promise of new creation is to survive in our hearts. We would have no hints of the future new creation of life, if we lose the natural world in which we first gain any sense of life at all," Haught said.

"Since nature's beauty, vitality and creativity are an irreplaceable intimation of the new creation promised to us and the whole universe, we will protect them with all of our moral energy. Those who are sensitive to the element of promise in nature will mourn the poisoning of land, air, streams and oceans, and the destruction of ecosystems everywhere. An important reason for saving nature is that it carries an incalculable

promise," he said.

Other speakers reflected on some of the concerns facing ecologists today.

"The spread of toxic substances is favored by natural processes like the cycling of water and the movement of large air masses around the globe. Thus pesticides on African fields may enter the food of those living in Greenland. Traveling with water and air, chemical poisons provide ample confirmation of the grim saying that pollution knows no frontiers," said Dr. Anna Kalinowska, a Polish biologist with the University of Warsaw.

Jim and Joyce Martin shared similar experiences with the Good Earth Farm in south central Kansas.

"Kansas has the worst polluted ground water in the fifty states due to farming practices along with run off from hog and cattle farms. Today, the well water on the Good Earth Farm and on neighboring farms in the same are is polluted from fertilizers, herbicides, and nitrates. The cost of chemicals is increasing; alternatives must be found. Our global home is in danger. It is evident in the air we breath, the food we eat, the water we drink," Mr. Martin said.

SPARTA NEWS–PLAINDEALER

July 30, 1997

# Women religious hold world summit on environment

**By Liz Quirin**

RUMA, Ill. (CNS) — A worldwide July gathering on the environment made the Province Center of the Adorers of the Blood of Christ in Ruma look more like the United Nations than a Southern Illinois convent.

It was a historic occasion for the 50 nuns and their guests, who came from five continents to discuss the needs and welfare of the earth and the role the Adorers' spirituality can play in safeguarding the planet.

Keynote speaker John F. Haught, chairman of the theology department of Georgetown University in Washington, set up a four-day sequence of discussions on the relationship of theology to ecology.

"Since nature's beauty, vitality and creativity are an irreplaceable intimation of the new creation promised to us and the whole universe, we will protect them with all of our moral energy," he said.

"Those who are sensitive to the element of promise in nature will mourn the poisoning of land, air, streams and oceans and the destruction of ecosystems everywhere," he added.

The Earth Summit arose out of a resolution at the Adorers' 1995 general assembly, committing the order to "radical initiatives for our planet's welfare and to a lifestyle which is ecologically responsible."

The mid-July summit drew participants from Bolivia, Brazil, Croatia, Guinea-Bissau, Italy, Liechtenstein, Poland, South Korea and Tanzania as well as various parts of the United States. Translation booths were set up in the conference room to handle the multiple language needs.

Sister Stephanie Mertens, provincial justice and peace coordinator, chaired the order's Global Ecology Commission, which organized the summit.

She said the commission prepared for the summit by surveying the views of order members around the world on dangers to the planet and what their response should be as people of faith and as Adorers of the Blood of Christ.

"There was agreement that the environment is in grave danger" and that what endangers the environment also endangers humanity, she said.

---

*'There was agreement that the environment is in grave danger.'*

---

Besides hosting the conference, the 500-acre Province Center served as an example of environmental commitment. Participants studied its recycling programs and toured its working farm, which uses no-till farming for soybean and corn crops.

The center recycles paper, metal, plastic, engine oil, antifreeze and cleaning products and has been instrumental in getting neighboring towns to develop recycling programs.

At the conference's closing Mass, a priest who specializes in environmental issues urged participants to take the example of the Province Center's commitment back home with them and adapt it to their own circumstances in various parts of the world.

"Ruma speaks through its resource conservation of the need for our entire country and world to simplify their respective lifestyles," said Jesuit Father Al Fritsch, director of Appalachia Science in the Public Interest Resource Auditing Services in Mount Vernon, Ky.

ST. LOUIS REVIEW        August 29, 1997

# Formerly Of Chester, Nun Says Earth Needs Saved Now

About one-sixth of the world's population is rich and abuses our world by consuming 80 percent of the earth's resources. That one-sixth is us Americans and some Europeans, Sister Ann Irose told the newspaper at the International Earth Summit at Ruma last Saturday.

Another 1.1 billion are very poor, while the rest of the 3.3 billion are middle class. These people consume the 20 percent that is left over, Sister Irose said.

Because of the heavily populated world, we need to take steps now to save the earth, she said. If we do not make drastic changes by the year 2000, humans will be extinct, Sister Irose said.

Sister Irose said she realizes how interconnected the whole world is and the importance of taking care of it because of her work in Bolivia, where she has been for the last 24 years. Formerly of Chester, Sister Irose worked 12 years before that in Puerto Rico. Her brother, Leo, still lives in Chester.

"It's not that I don't like Chester, but I love Bolivia," she said.

The earth is 13,000 feet above sea level in Bolivia and the air has little oxygen. It is cold there year round, so vegetables need to be grown in greenhouses.

Sister Irose lives with the native people in what was once a river



Part of the International Earth Summit at Ruma on Saturday included a trip around the farm. Sister Ann Irose grew up on the farm. She recognized the no-till soybeans as something her brother does. Sister Irose is on the far left.

bed high up in the mountains. There is little top soil and a lot of rock.

The indigenous people of Bolivia have to make a great effort to grow anything. They love their land and have a great appreciation for the planet.

"They don't just plant, they give thanks," she said.

They bless the ground before the vegetables are planted. They also bless the vegetables while they are growing and when they are harvested.

But Americans are out of touch with the earth.

We buy soda in cans and plastic bottles and just throw it away afterwards.

See EARTH—Back Page

## EARTH

Continued from page 1

We buy new furniture an[d] forests are cut down. The forests are the lungs of the [...] she said.

Chemicals are endangerin[g the] earth. We buy packaged gro[ceries] and then throw the containers [...]

"If everyone would just cut [...] 10 percent we would sav[e the] earth," she said. "I have a mu[g] everyday that I never throw aw[ay.]"

People can car pool an[d use] transportation.

In Bolivia, hardly anyon[e owns] vehicles because of public t[rans]portation.

Their appreciation for the [...] extends to the herbs that are g[rown] and the animals that are aro[und.] They have a pet dog named Bo[...]

The people Sister Irose works with are too poor to even buy aspirin. They use herbs to treat themselves.

Mustard plant can be used to bring down the temperature of a fever. They practice alternative medicine, which Sister Irose said works.

"They do it with the energy in their fingers," she said. "They use a steel bar and use the center of energy of the body." Sister Irose is on a committee that is only now in-



Sister Ann Irose, above, at her bario in Bolivia where she teaches the natives how to grow vegetables in greenhouses. Where she lives is very cold, but the sun is very strong. Sister Irose said she was proud to have achieved growing these turnips outside, without the use of a greenhouse.

stalling a sewer system in the community.

"Our next project, with available government funding, is to hopefully build a school," she said.

Sister Irose, who frequently mixed Spanish with English during the interview, said she has found what she truly loves because of her work in Bolivia.

She made first vows in 1950 and lived outside of the United States since 1961. She has grown spiritually through her work.

The City of Chester is more beautiful every time she comes back, but her home in Bolivia is a place she truly loves.

"Preserving a Sanctuary"

The members of the Adorers of the Blood of Christ reverence the land that has been entrusted to them and wish to protect its many benefits for generations to come. One of the ways the Adorers are doing this is by setting aside 114 acres of woodlands on their property in Ruma, Ill., to be maintained as a forest regardless of who owns the land. The community plans to apply to be part of the U.S. Department of Agriculture Forest Service's Forest Legacy Program.  The program is a covenant that will ensure that the woodlands will be forever maintained as a forest.

Two years before the U.N. proclamation of 2011 as the International Year of Forests, the Adorers took serious steps toward protecting the woodlands located on their 500-acre Ruma property. In June 2009, a certified forester reviewed all of the wooded acreage with a view to long-term management of a healthy and productive forest. The forester made four recommendations. Two already have been carried out by the Adorers; the remaining two will be addressed in the next few years:

1)  Complete a forest management plan to identify the trees and the quantity/quality of each species and outline what needs to be done in the next 10 years to improve the forest's growth and quality. A plan was completed in March 2010 and approved for 10 years by the Illinois Department of Natural Resources in April 2010.
2)  Remove exotic invasive species. In fall 2010, the Adorers hired a firm with a cost-sharing grant from IDNR to remove three non-native, invasive species: autumn olive, bush honeysuckle and tree of heaven. The Adorers have responsibility of on-going inspection and treatment to keep these species in check.
3)  Conduct a timber sale of mature hardwoods.
4)  Complete a timber stand improvement.

Adorers' foundress St. Maria De Mattias called upon her community to help establish "that beautiful order of things which the great Son of God came to establish with his Blood." Through this effort to preserve a woodlands sanctuary, the Adorers continue to serve as prophetic collaborators with the Creator to meet this call.

Date


Director Marc Miller
IDNR
One Natural Resources Way
Springfield, IL  62702

Dear Director Miller

We are a religious order located in Ruma, IL which is committed to a strong Land Ethic.  Over
the years our members have come together on a shared vision of how we intend to steward our
land now and into the future.  To that end we have been working with several agencies and
organizations including the Southwestern Illinois Resource Conservation and Development out
of Mascoutah.

Over the years we have studied and evaluated many programs to see if there was a fit with our
Land Ethic.  The Forest Legacy program of the US Forest Service and administered by IDNR is
a perfect fit for the forest resources that we have on our property.  We would like to participate in
this program but have concerns that IDNR is currently not ready, willing and able to process any
Forest Legacy applications.  We are aware of a neighbor of ours that has submitted an
application but he has not heard a word about his pending application.

We recognize that there is a process for submitting an application to the US Forest Service for
consideration and would like to submit an application with some assurances that it will be
processed in a timely manner.  We understand that this is a two-step process – an application to
IDNR and then a recommendation from IDNR to the Forest Service for consideration.  Please let
us know how to proceed.

If you are ever in the area we would be pleased to show you how we steward our land and water
resources.


Sincerely,



Cc: Dan Reitz, State Representative
    Sen. Dick Durbin
    Cong. Jerry Costello

**FOR OFFICE USE ONLY**

Received by: _____   Application Number: _____   Date: _____

STATE OF ILLINOIS
DEPARTMENT OF NATURAL RESOURCES
Application for enrollment in the
**FOREST LEGACY PROGRAM**
In cooperation with
United States Department of Agriculture
Forest Service

APPLICANT INFORMATION:

Landowner's Name: _Adorers of the Blood of Christ_

Mailing Address: _4233 Sulphur Ave._

_St. Louis, MO 63109-1517_

Daytime Telephone Number: _314-351-6294_

Contact Person: _Loyd Roscow_

Mailing Address: _4233 Sulphur Ave._

_St. Louis, MO 63109-1517_

Daytime Telephone Number: _314-351-1517_

Congressional District: _12_

Illinois House District: _116_

Illinois Senatorial District: _58_

PROPERTY INFORMATION:

Legal Description: County _Randolph_   Township _____

Range _____   Section _____

Assessor's Plat(s) and Lot(s): _____

Deed Reference (book and page number): _____

Current Local Zoning where property is located
(Include minimum lot size and road frontage): _____

_____

Current tax valuation or recent
appraisal (attach if available) _____

Property's Total Forested Acres: _____

Forested Acres of Tract Offered For Forest Legacy: _____

Acres of Cleared/Open Land: _____

App-B-3

## LANDOWNER GOALS AND OBJECTIVES

Describe your long-term goals and objectives for this parcel:

To maintain this parcel as a forest.
This includes a commitment to control invasive species,
work on stand improvement and harvest timber
as appropriate. These elements are all part of
our forest management plan.

## TRADITIONAL FOREST VALUES

What is/are the "Traditional" use(s) of this forest land?

Traditionally this forest land has been appreciated
for its aesthetic value, used for "gentle" recreation
and has served as a habitat for wildlife – both
flora and fauna. Some hard wood was harvested
several decades ago.

## LANDOWNER COMMENTS

What, in your opinion, is the "Threat of Conversion to Non-Forest Use' of the parcel proposed for enrollment in the Forest Legacy Program?  Be Specific.

Developing this parcel or using it for traditional
agricultural purposes would result in the loss
of its aesthetic value, recreational use, forest
production and native plant and animal species

Do you currently have a forest management plan? ___yes___   If so, please provide a copy.

## LOCAL ENDORSEMENT

What local conservation related plan and/or organizations support this application?  Name the plan and/or organizations, and include a letter of support from the organizations and explanation of how the inclusion of your property helps meet the goals of the protection strategy of the plan.

### Guatemala at a Glance
#### Informe (year 4/ No.2) October/November 2011 (elections part 2)

*"Out of an awareness of our own brokenness and the wounds of the world, WE ADORERS choose life for ourselves and for others by being a compassionate presence wherever need touches our hearts."*  (statement of Adorers of the Blood of Christ at U.S. Regional Assembly October 2011) Wounds of the world....need touching our hearts...for this reason the ASCs continue to serve in Guatemala.

**News:**  In late October the U.S. Regional Assembly of sisters and collaborators was held in St.Louis, as well as participation from our 3 centers (Wichita,KS, Ruma,IL and Columbia, PA). For 3 days we prayed, listened and shared as we prepare to select a new leadership team in 2012. We ask all of you to hold us in prayer as we make the choices which mean LIFE for those with whom and among whom we minister.

In Guatemala life can seem so very precarious.  Yesterday finalized the election of the new president who will serve for the next 4 years, retired general Otto Perez Molina.  There are many questions surrounding him and the role he played in the civil war and later. While we did have candidates for different offices who are part of the energy and new hope for Guatemala, unfortunately none of them were elected. But we are encouraged by the support they received and their willingness to put themselves out there. For an in depth coverage of the presidential candidates  please check out **The Guatemala Human Rights Commission/USA.**  (http://www.ghrc-usa.org/).

Hard news: The mining situation continues to wreak havoc on local communities. Our local area San Pedro Ayampuc is one of the critical hot spots.  The ecological arm of the Sangre De Cristo Healthcare project is at the forefront of providing education and organizing resistance to the abuses being committed against the land and Guatemalan poor. Please keep all in prayer. (For more information in general, go to youtube.com  and search Marlin mine.)

**Happier news:** The Maria De Mattias Education Institute has finished the 2011 school year. We are now hosting "summer school" classes for those who would like to study here next year.  Hopefully, entrance exams and registration will be completed in time to have a month of vacation in December. We closed the school year with a wonderful parents' meeting of over 800 participants and the teachers presented a creative and entertaining play on the importance of working together to achieve the impossible. Kris was one of the stars and played a most convincing role as an ambitious rain-drop!  We have a video copy if you're interested!

We are deeply honored by the news that Newman University (Wichita,KS) will be awarding us an **Honorary Degree in Humane Letters (Global Perspective)** for being examples of the University core values and its global perspective. We value the connection we have with the University and their yearly on-site presence as volunteer servants. Dr.Dani?? Dr.Kris??  wow.

 **Sad news:** Our dear friend Dr.Alison Clarey died this past week.  Alison was the first surgeon to offer service to the healthcare project for the yearly weeklong volunteer surgery program.  It is impossible to relate how many people's lives she touched and changed for the better.  Our only consolation is that she and another special friend and volunteer Kim Shepherd are now together watching over us.

So dear friends, we leave you in this Thanksgiving season with a deep felt appreciation for each of you and the ways you allow "needs to touch your heart." Be assured of our gratitude and prayers. May your turkey be tasty!!!  *Kris and Dani*

**From Dani and Kris in GUATEMALA   December 2012**



Greetings from our house to yours!  Advent has begun and we join with all of you in an active stance of waiting for God's love to move in and through us to touch a hurting, broken world.

Here in Guatemala we are very aware of that brokenness.  Since March of 2012, the Healthcare Project Sangre de Cristo has been alongside the nearby communities who are engaged in a nonviolent struggle against a gold mine owned by the U.S. company Kappes, Cassiday & Associates.  The communities have established a "human roadblock" as they maintain a constant presence at the entrance to the mine, all in an effort to defend their water, environment and health.  We were grateful to Sister Barbara Hudock, ASC, our Regional Leader who was with us last week and able to visit the mining site and speak words of encouragement to the people gathered to celebrate the 9 month anniversary of presence with a beautiful Mass.




We share with you a photo of the woman who initiated the resistance movement (in red, Estelle) and one of the leaders (in blue, Yolanda) who was shot 3 months ago and though still recovering from surgery which could not remove the bullet, is back at the mine to support the communities.(Kris, Dani and Barb are also in the photo.)  To read more and stay up to date, visit the Guatemala Human Rights Commission/USA web site.

And so together, part of many circles of community, in this corner of our world, we continue on trying to be about what our US Region of the Adorers of the Blood of Christ calls us to: *Out of an awareness of our own brokenness and the wounds of the world, we Adorers choose life for ourselves and others, wherever need touches our heart.*

So "building up" we must!  Two major projects of the Maria De Mattias Education Center (The Institute) have been all about building: