# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADORERS OF THE BLOOD OF CHRIST, UNITED STATES PROVINCE, et al. | : CIVIL ACTION : : : |
| v. | : NO. 17-3163 : |
| FEDERAL ENERGY REGULATORY COMMISSION, et al. | : : |

## ORDER

**AND NOW,** this 28th day of September, 2017, upon consideration of the defendants' motions to dismiss, the plaintiffs' amended motion for a preliminary injunction and all responses and replies thereto, it is hereby **ORDERED** that:

1. Defendant Transcontinental Gas Pipeline Company's Motion to Dismiss [Doc. 15] is **GRANTED**.
2. Defendant Federal Energy Regulatory Commission and Cheryl A. LaFleur's Motion to Dismiss [Doc. 13] is **GRANTED**.
3. The Amended Complaint [Doc. 10] is **DISMISSED** with prejudice.
4. Plaintiffs' motion for a preliminary injunction [Doc. 11] is **DENIED** as moot.
5. Plaintiffs' amended motion for a preliminary injunction [Doc. 21] is **DENIED** as moot.
6. Defendant Transcontinental Gas Pipe Line's Motion to Intervene [Doc. 3] is **DENIED** as moot.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**